GILBERT H. CRAWFORD, as Sole Permanent Receiver of ROLAND STEEL COMPANY, INC., Appellant, v. GUARANTY TRUST COMPANY OF NEW YORK, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

ANNA M. CUTHBERTSON, as Administratrix, etc., of JOHN D. CUTHBERTSON, Late a Resident of the County of Kings, Deceased, Respondent, v. AUGIE JENSEN and BROOKLYN EDISON COMPANY, INC., Defendants, Impleaded with RUBEL COAL AND ICE CORPORATION, Appellant.— Judgment reversed on the law and a new trial granted, costs to appellant to abide the event, for errors of the trial justice in refusing to charge as requested at folios 1019–1021 of the record. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.